*27 Jun 2017*
*MICHAEL G. WHEAT*
*546-8437*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 27 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AQUEL WASEF,<br><br>Defendant. | Case No. **17MJ2079**<br><br>**C O M P L A I N T**<br><br>Title 18 U.S.C., Sec., 1028A(a)(1)—<br>Aggravated Identity Theft |

The undersigned complainant being duly sworn states:

On or about December 12, 2016, within the Southern District of California and elsewhere, defendant AQUEL WASEF did knowingly transfer, possess, and use, without lawful authority, a means of identification of other person; specifically, the payor signature on a Ramona High School check in the amount of $792.36., knowing that the signator was a real person, during and in relation to a felony violation of 18 U.S.C. § 1028(a)(3), in violation of Title 18, United States Code, Section 1028A(a)(1).

And the complainant states that this complaint is based on the attached affidavit, which is incorporated herein by reference.

PAUL A. MADDEN, Senior Special Agent
U.S. Secret Service, DHS

Sworn to before me and subscribed in my presence at San Diego, California, on June 27, 2017.

JILL L. BURKHARDT
United States Magistrate Judge

1

# **AFFIDAVIT**

I, PAUL A. MADDEN, having been duly sworn, hereby depose and state:

1. I am a Special Agent with the United States Secret Service (USSS), have been employed by the USSS for over 17 years. I have received hundreds of hours of training from the USSS, other federal, state, local and international law enforcement officers. I am currently assigned to the San Diego Field Office in San Diego, California.

2. This affidavit is made in support of an arrest warrant and criminal complaint sought against AQUEL WASEF (WASEF) for violations of Title 18 United States Code, Sections 1028 A (Identity Theft).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest warrant and complaint, each and every fact known to me has not been included. In addition, I have reviewed the reports from the San Diego Police Department (SDPD) concerning WASEF's arrest on December 12, 2016.

4. According to SDPD reports, on December 12, 2016, at approximately 0344 hours, SPPD officers responded to a radio call of a male casing vehicles in the north alley of 5050 Clairemont Mesa Blvd, San Diego, CA. The reporting party, C.P., provided dispatch with a description of the male and a direction of travel. Shortly thereafter, officers contacted two males seated inside of a vehicle in the north alley of 5050 Clairemont Mesa Blvd. The two males were later identified as AQEL WASEF and Hoshang Aliyar (Aliyar). When officers approached the vehicle, Aliyar was sitting in the passenger's seat with his hands on his chest and his eyes closed. WASEF was seated in the driver's seat, but lying to his right with his head in Aliyar's lap.

5. C.P. identified Aliyer as the person he/she observed prowling vehicles. Aliyar gave Officer Casciola permission to search his person, where a pipe used to smoke controlled substances was found. Officer Smith detained WASEF in handcuffs. Officer Smith conducted a consent search of WASEF's

2

pockets, where he located WASEF's Costco Card, along with credit cards and a California Driver's License belonging to J.N. [Officer Cabello conducted a follow up and contacted J.N., who said that her purse containing her credit cards, California Driver's License, and other cards were stolen on January 1, 2016.]

6. Officer Howard searched the vehicle and located numerous items inside of the vehicle including a black bag located in the back seat, which contained a check made out to "Aqel Wasef" from Ramona High School. Officer Howard also located a blank check not belonging to WASEF in the same bag as well as numerous pieces of mail belonging to different people. WASEF admitted to Officer Smith that the black bag Officer Howard located on the back seat of the vehicle was his (WASEF's).

7. WASEF's black bag contained the following mail items containing personal identifying information for thirteen different individuals:
   a. T.K.- Bank of America Check in the amount of $960.14;
   b. A.B.- Check made out to Strategic Intelligence for $50;
   c. T.B.- DMV Vehicle Registration;
   d. V.G.- Blank check from V.G.'s account;
   e. G.G.- Empty brown packing box with G.'s phone number and address on the shipping label;
   f. A.R.- Scripps Hospital Discharge Paperwork;
   g. L.V.- Investment Portfolio Report;
   h. E.E.- Pay stub from D.R.;
   i. A.L.- Check and pay stub from University of Vermont Medical Center;
   j. T.N.- Check and pay stub from University of Vermont Medical Center in the amount of $1547.82;
   k. J.K.- Medication refill request form;
   l. V.Y.- American Airlines Credit Account Statement; and
   m. Z.S.- Earnings statement.

8. WASEF was also in possession of a completed printed check Number 3756, dated October 19, 2016, made payable to WASEF from Ramona High School (RHS), for $792.36. WASEF had endorsed the check on the back. SDPD contacted RHS Finance Department, who said the check (#3756) did not match their check number sequence (a sequence of five numbers, not four). RHS did however confirm the routing number and account number

3

listed on the check was in fact theirs. RHS also told SDPD that they conducted a search for the amount of $792.36 to see if the check had been cashed, and discovered a check, with a different check number (#36523) for that amount that had been issued on October 29, 2015, payable to B.A-S. RHS confirmed that the check in WASEF's possession (#3756) was not a RHS check, despite containing RHS's routing/account numbers, and therefore, the signature on check #3756 was a forgery and not signed by RHS's authorized payor, A.R, a real person. RHS also confirmed they had no record of ever doing business with WASEF. In addition, I am aware that a signature on a counterfeit check can be a means of identification. *See, United States v. Alexander*, 725 F.3d 1117 (9th Cir. 2013) (a counterfeit check can be a "means of identification").

PAUL A. MADDEN, Senior Special Agent
U.S. Secret Service, DHS

On the basis of the facts presented in this Affidavit, I find probable cause to believe that AQUEL WASEF committed the offense of aggravated identify theft, in violation of Title 18 U.S.C. §1028A.

Sworn to before me and subscribed in my presence, June 27, 2017.

JILL L. BURKHARDT
United States Magistrate Judge

4